## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### Charleston Division

**DELBERT KEVIN CORDLE,**

    **Plaintiff,**

**v.**

                                 **Civil Action No. 2:25-cv-276**

**CAPITAL ONE, N.A.,**

    **Defendants.**

### AGREED ORDER OF DISMISSAL

Come now, the parties, Plaintiff Delbert Kevin Cordle, and Capital One, N.A., by counsel, hereby stipulate and represent to the Court that the matters in dispute between them have been compromised and settled, and jointly move the Court to dismiss this action with prejudice, with fees and costs to be applied consistent with the parties' settlement agreements.

Accordingly, it is the **ORDER** and **JUDGMENT** of the Court that Plaintiff's claims against Defendant are hereby dismissed with prejudice

ENTERED:   June 2, 2026

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

Prepared for entry by:

*/s/ Benjamin M. Sheridan*
Benjamin M. Sheridan (WVSB #11296)
Jed R. Nolan (WVSB #10833)
**Klein & Sheridan, LC**
3566 Teays Valley Rd.
Hurricane, WV 25526

E: ben@kleinsheridan.com
E: jed@kleinsheridan.com
P: (304) 562-7111
F: (304) 562-7115
*Counsel for Plaintiff*


Seen and agreed to by:


*/s/ Jonathan M. Kenney, with permission*
Jonathan M. Kenney, Esq. (WV Bar No. 12458)
TROUTMAN PEPPER LOCKE LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7529
Facsimile: (757) 687-7510
E-mail: jon.kenney@troutman.com
*Attorneys for Defendant Capital One, N.A.*